IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OMAR B. SHAHEED,

      Plaintiff,         CV F 06 0845 OWW WMW PC

   vs.                  ORDER RE MOTION (DOC 10)

K. MENDOZA-POWERS, et al.,

      Defendants.

     Plaintiff has filed a motion titled as a "motion to put this matter on hold." Plaintiff was directed to complete and submit to the court a USM 285 form for service of process by May 21, 2008. On May 1, 2008, Plaintiff filed his motion. Plaintiff indicates that a new Imam may arrive at Avenal soon. This action proceeds on Plaintiff's claim of denial of his right to freely exercise his religious beliefs.

     Should Plaintiff's claim become moot, he should so inform the court. Otherwise, this action proceeds on the complaint as noted in the April 21, 2008, order. The court will grant Plaintiff an extension of time to comply with the order of April 21, 2008.

     Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to complete and submit to the court a USM-285 form for service of process.

1

1 | IT IS SO ORDERED.

2 | **Dated:   May 29, 2008**              **/s/  William M. Wunderlich**
                                           UNITED STATES MAGISTRATE JUDGE